IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESS RAIL SERVICES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV98 |
| vs. | ) ) | ORDER |
| WESTERN HERITAGE CREDIT UNION, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Leave to File Amended Complaint (Filing No. 14). The plaintiff attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). **See** Filing No. 14, Exhibit B. The plaintiff represents that the defendant has no objection to the amendment. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Amend Complaint (Filing No. 14) is granted.
2. The plaintiff shall have to **on or before August 18, 2005**, to file the amended complaint.

DATED this 3rd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge