# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESS RAIL SERVICES CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **ORDER** |
| vs. | ) ) | **8:05CV98** |
| **WESTERN HERITAGE CREDIT UNION, and DAVID G. BRADFORD,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' Stipulated Motion for Extension of Progression Order (Filing No. 23). The defendant David G. Bradford has not appeared and has not answered the plaintiff's complaint. Upon consideration,

**IT IS ORDERED:**

A telephone conference with the undersigned magistrate judge will be held on **September 29, 2005, at 9:00 a.m. Central Standard Time** for the purpose of discussing the pending motion. Counsel for the plaintiff shall initiate the telephone conference, and such call shall include counsel for the defendant Western Heritage Credit Union and David G. Bradford.

DATED this 23rd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge