IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESS RAIL SERVICES CORPORATION, an Alabama Corporation, | ) ) ) ) | Case No. 8:05CV98 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| WESTERN HERITAGE CREDIT UNION, a Nebraska Credit Union, and DAVID G. BRADFORD, | ) ) ) ) | |
| Defendants. | ) | |

Considering the Motion for Extension of Time filed by Plaintiff, Progress Rail Services Corporation, in accordance with NELR 6.1(a), the file shows that the motion for extension of time was filed before the deadline for submission of Plaintiff's Brief in Opposition to Defendant Western Heritage's Motion for Judgment on the Pleadings. The Court, being fully advised of the premises, and for good cause shown, finds that the motion should be granted.

IT IS HEREBY ORDERED, that Plaintiff, Progress Rail Services Corporation, be granted an additional seven (7) days, or until November 7, 2005, to serve its Brief in Opposition to Defendant Western Heritage Credit Union's Motion for Judgment on the Pleadings.

DATED this 27th day of October, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE

397232.01