IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESS RAIL SERVICES CORPORATION,** | ) ) ) | **8:05CV98** |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| **WESTERN HERITAGE CREDIT UNION,** and **DAVID G. BRADFORD,** | ) ) ) | |
| Defendants. | ) ) | |
| **WESTERN HERITAGE CREDIT UNION,** | ) ) | |
| Cross-claimant, | ) ) | |
| vs. | ) ) | |
| **DAVID G. BRADFORD,** | ) ) | |
| Cross-defendant. | ) | |

This matter is before the court on the parties' Stipulated Motion for Extension of Progression Order (Filing No. 35). The parties request an extension of ninety (90) days. Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Extension of Progression Order (Filing No. 35) is granted as set forth herein.

2. A **telephone** conference with the undersigned magistrate judge will be held on **April 19, 2006, at 11:00 a.m. Central Daylight Time** for the purpose of reviewing preparation of the case to date and scheduling the case for trial. Plaintiff's counsel shall initiate the telephone conference.

DATED this 11th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge