IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESS RAIL SERVICES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>WESTERN HERITAGE CREDIT UNION, and DAVID G. BRADFORD,<br><br>　　　　　Defendants. | 8:05CV98<br><br>ORDER |

**IT IS ORDERED:**

A **telephone** planning conference with the undersigned magistrate judge is scheduled for **May 24, 2006** at **1:30 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 9th day of May, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　 s/Thomas D. Thalken
　　　　　　　　　　　　　　　　United States Magistrate Judge