# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESS RAIL SERVICES CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV98 |
| vs. | ) ) | ORDER |
| **WESTERN HERITAGE CREDIT UNION** and **DAVID G. BRADFORD,** | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Stipulated Motion for Extension of Progression Order (Filing No. 80). The parties seek an extension of certain deadlines to complete outstanding discovery and facilitate settlement discussions. However, the parties do not want to disrupt the current trial setting in July of 2007. The court finds good cause shown to amend the August 29, 2006 Order (Filing No. 72) and the Order Setting Schedule for Progression of a Civil Case (Filing No. 67). Upon consideration,

**IT IS ORDERED:**

1. The Stipulated Motion for Extension of Progression Order (Filing No. 80) is granted as set forth below.

2. The plaintiff shall have to **on or before November 29, 2006**, to file a response to Western Heritage Credit Union's motion for partial summary judgment (Filing No. 76).

3. The deadlines for disclosure of expert witnesses, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), is extended for the defendants **until January 2, 2007**, and for rebuttal expert witnesses until **January 29, 2007**.

4. The deposition deadline is extended until **February 13, 2007**.

5. The deadline for designating non-expert witnesses is extended until **January 15, 2007**.

DATED this 7th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge