IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESS RAIL SERVICES CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | 8:05CV98 |
| vs. | ) ) | ORDER |
| **WESTERN HERITAGE CREDIT UNION, et al.** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on Defendant David G. Bradford's motion for a continuance of the pretrial conference (Filing No. 143). Upon consideration,

**IT IS ORDERED:**

1. Defendant David G. Bradford's motion for a continuance of the pretrial conference (Filing No. 143) is granted.

2. The pretrial conference in this matter is rescheduled for **July 5, 2007, at 9:00 a.m.**

DATED this 22nd day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge