### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESS RAIL SERVICES CORPORATION** | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 8:05CV98 |
| vs. | ) ) | |
| | ) | ORDER |
| **WESTERN HERITAGE CREDIT UNION, et al.** | ) ) ) | |
| Defendants. | ) ) | |

Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for July 5, 2007 at 9:00 a.m. is hereby **rescheduled to July 12, 2007, at 9:00 a.m.**

DATED this 2nd day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge